## WILSON HUNT *against* WILLIAM M'CLURE.

Court will not set aside *fi. fa.* executed on lands at the plaintiff,s instance without some ground.

A TESTATUM *fi. fa.* had issued in this cause to Alleghany county, on which certain lands had been levied, and an inquisition had found that the rents and profits would pay the debt and costs in seven years.

Mr. Ingersoll for the plaintiff, now moved to set aside the execution on his client's paying the costs, alleging that goods had been discovered which would satisfy the debt and save the defendant's lands to him.

But the court refused the motion. Some ground must be shown to warrant the court's interposition, after the plaintiff has chosen to proceed in a certain way. A *fi. fa.* executed is a satisfaction of the debt, but it is otherwise of a *ca. sa.* 5 Co. 87, *a.* 2 Ld. Raym. 1072. 1 Burr. 584.

The plaintiff afterwards produced an affidavit, which showed that the lands could not possibly pay the debt by extent, including the interest due thereon. Whereupon the court quashed the execution, at the costs of the plaintiff.